IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Lisa C. Tyler | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:05CV203 |
| | ) | |
| vs. | ) | |
| | ) | |
| Trauner, Cohen & Thomas, L.L.P., | ) | **ORDER EXTENDING** |
| | ) | **PROGRESSION DEADLINE** |
| | ) | **TO AMEND COMPLAINT** |
| Defendant. | ) | |

THIS MATTER is before the Court on the Motion of Plaintiff, Lisa C. Tyler, filing 10, for an Order extending the deadline to file amended complaint for a period of 30 days.

AND THE COURT, being fully advised in the premises finds that the motion should be granted.

IT IS THEREFORE, ordered, adjudged, and decreed, that the deadline to file a motion to amend complaint is extended from August 1, 2005 to September 1, 2005.

Dated July 29, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester

United States Magistrate Judge

1