```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

LISA C. TYLER,                      )
                                    )
             Plaintiff,             )         8:05CV203
                                    )
      v.                            )
                                    )
TRAUNER, COHEN & THOMAS,            )         ORDER
L.L.P.,                             )
                                    )
             Defendant.             )
```

IT IS ORDERED:

The motions of plaintiff and defendant to set a status conference, filings 12 and 15, are granted and a status conference by telephone is set for September 14, 2005 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 6th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge