```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

LISA C. TYLER,                     )
                                   )
               Plaintiff,          )         8:05CV203
                                   )
          v.                       )
                                   )
TRAUNER, COHEN & THOMAS,           )         ORDER
L.L.P.,                            )
                                   )
               Defendant.          )
```

   IT IS ORDERED:

   The oral motion of counsel for plaintiff and defendant to reschedule the status conference is granted and the status conference by telephone is rescheduled from September 14 to Monday, September 12, 2005 at 10:00 a.m.  Plaintiff's counsel shall initiate the call.

   DATED this 9th day of September, 2005.

                                   BY THE COURT:

                                   s/ *David L. Piester*
                                   David L. Piester
                                   United States Magistrate Judge