IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA C. TYLER, | ) | 8:05CV203 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TRAUNER, COHEN & THOMAS, L.L.P., | ) ) | |
| | ) | |
| Defendant. | | |

IT IS ORDERED that the Clerk's Office shall strike Document Number 23 from the record, as judgment has been entered in this case.

December 14, 2005.           BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge